No. 78–567. ROBBINS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arkansas* v. *Sanders,* 442 U. S. 753 (1979).

No. 78–1273. NATIONAL JEWISH HOSPITAL & RESEARCH CENTER *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *NLRB* v. *Baptist Hospital, Inc.,* 442 U. S. 773 (1979).

No. 78–1398. SHIFFRIN ET AL. *v.* BRATTON ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Touche Ross & Co.* v. *Redington,* 442 U. S. 560 (1979).

No. 78–5617. McKENZIE *v.* MONTANA. Sup. Ct. Mont. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Sandstrom* v. *Montana,* 442 U. S. 510 (1979).

No. 78–6179. WHISENHUNT *v.* GEORGIA. Ct. App. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Sandstrom* v. *Montana,* 442 U. S. 510 (1979), and *Ulster County Court* v. *Allen,* 442 U. S. 140 (1979).

No. D–155. IN RE DISBARMENT OF REAVES. Disbarment entered. [For earlier order herein, see 440 U. S. 932.]